UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY BUSTAMANTE,<br>    Plaintiff,<br>  v.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant.[1] | Case no. 2:21-cv-06158-AJR<br><br>[~~PROPOSED~~] ORDER FOR ENTRY OF JUDGMENT |

Having approved the parties' stipulation to reopen this case and enter final judgment affirming Defendant's decision finding Plaintiff disabled under the Social Security Act, THE COURT ORDERS that judgment be entered for Plaintiff in accordance with Defendant's post-remand decision.

Date: 10/25/2024

                                                                               _/s/ Joel Richlin_____
                                                      HON. A. JOEL RICHLIN
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), He should be substituted as the defendant in this suit. Per the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), no further action need be taken to continue this suit.

-1-